# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Trustees of the Chicago Painters and Decorators Pension, Welfare, Savings, Apprenticeship, Scholarship and Cooperation Funds,  
Plaintiff,  
V.  
P & S Industrial & Commercial Painting, Inc., an Indiana corporation  
Defendants,

Case Number:

FILED  
APRIL 28, 2008   YM  
08CV2400  
JUDGE GUZMAN  
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:  
Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> ANTHONY B. SANDERS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Anthony B. Sanders | |
| FIRM <br> ARNOLD AND KADJAN | |
| STREET ADDRESS <br> 19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP <br> CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278133 | TELEPHONE NUMBER <br> (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |