## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2400

Assigned/Issued By: j. n.

Judge Name: guzman

Designated Magistrate Judge: valdez

---

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
☐ IFP    ☐ No Fee    ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 2730737

Date Payment Rec'd: 4-28-08    Fiscal Clerk: j. n.

---

### ISSUANCES

☑ Summons    ☐ Alias Summons
☐ Third Party Summons    ☐ Lis Pendens
☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets    ☐ Other
☐ Writ _____
*(Type of Writ)*
_____
_____
*(Type of issuance)*

1 Original and 0 copies on 4-28-08 as to defendant
*(Date)*