**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS ) <br> AND DECORATORS PENSION, WELFARE, ) <br> SAVINGS, APPRENTICESHIP, SCHOLARSHIP ) <br> AND COOPERATION TRUST FUNDS, ) <br>   ) <br>   Plaintiff, ) <br>   ) <br>   v. ) <br>   ) <br> P & S INDUSTRIAL & COMMERCIAL ) <br> PAINTING, INC., an Indiana Corporation ) <br>   ) <br>   Defendants. ) | No.   08 CV 2400 <br><br> Judge Guzman <br><br> Magistrate Judge Valdez |

**NOTICE OF FILING**

To:   James R. Anderson
      Arnold and Kadjan
      19 W. Jackson Blvd., Ste. 300
      Chicago, Illinois 60604

PLEASE TAKE NOTICE that on the 1st of August, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the Answer to Complaint, a copy of which is attached and hereby served upon you.


   /s/ Joseph P. Berglund


Joseph P. Berglund
Kenneth M. Mastny
Berglund & Mastny, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523
(630) 990-0234

**CERTIFICATE OF SERVICE**

  I, the undersigned, declare under penalty of perjury under the laws of the United States of America that I served copies of this Notice of Filing and the Answer to Complaint upon:

    James R. Anderson
    Arnold and Kadjan
    19 W. Jackson Boulevard, Ste. 300
    Chicago, Illinois

via ECF as to Filing Users from 1010 Jorie Boulevard, Oak Brook, Illinois on the 1st day of August, 2008.

            <u>/s/ Joseph P. Berglund</u>

Joseph P. Berglund
Kenneth M. Mastny
Berglund & Mastny, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523
(630) 990-0234